IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-00024-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: January 31, 2018 |
| JEFFREY K. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
================================================================================
Nature of Hearing: Change of Plea

Time Commenced: 10:05 a.m.          Time Terminated: 10:31 a.m.

Plaintiff by: Stacey Perkins-Rock, AUSA     Defendant by: Kathleen Fisher, Retained

     Proceedings:  All parties appear as indicated above.  Defendant in person.  Court in session.  Defendant desires to withdraw plea of not guilty and enter plea of guilty to Count 5 of the Indictment.  Court summarizes nature of charges, maximum punishment under the law, procedural rights and rights to trial by jury.  Factual basis for entering plea discussed by Court.  Plea agreement discussed.  Defendant pleads guilty to Count 5 of the Indictment.  Defendant sworn and questioned by the Court.  Defense counsel summarizes facts alleged.  Defendant found competent to plead.  Factual basis established.  Guilty plea accepted by the Court as being entered freely and voluntarily.  Presentence investigation report ordered.  Defendant is continued on conditions of release and bond originally imposed until further order of the Court.

Probation Officer:   Jeremy Thomas
Courtroom Deputy:   Christy Anderson
Court Reporter:   Barbara Barnard