# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00024-01-CR-W-HFS |
| ) | |
| JEFFREY K. WILSON, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT JEFFREY K. WILSON'S
### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Jeffrey K. Wilson, by and through counsel, respectfully moves this Court for a continuance of the scheduled sentencing hearing until July 11, 2018 at 10:00 a.m. In support of this request, Mr. Wilson states as follows:

1. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), Mr. Wilson has pleaded guilty to one count of federal program fraud in violation of 18 USC § 1031.

2. At this time, the parties have submitted their sentencing memoranda and the sentencing hearing is scheduled to occur on June 27, 2018 at 3:00 p.m.

3. Counsel for Mr. Wilson intends to call a witness who is unavailable to appear at the scheduled hearing. The witness is travelling out of state and is scheduled to return on July 2, 2018.

4. Counsel for Mr. Wilson has conferred with government counsel, who does not oppose this request.

WHEREFORE, Defendant Jeffrey K. Wilson respectfully asks the Court to grant this Motion and enter an order continuing sentencing in this case until July 11, 2018 at 10:00 a.m. At the request of Chambers, a proposed order to this effect has been emailed thereto contemporaneous with this filing.

Dated: June 25, 2018

Respectfully submitted,

**GRAVES GARRETT LLC**

By:  */s/ Kathleen A. Fisher*
Nathan F. Garrett, MO Bar #46500
Kathleen A. Fisher, MO Bar #57737
Joseph M. McGroder, MO Bar #68246
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
ngarrett@gravesgarrett.com
kfisher@gravesgarrett.com
jmcgroder@gravesgarrett.com

***Counsel for Defendant Jeffrey K. Wilson***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2018, a true and correct copy of the foregoing pleading was filed electronically with the Court and served via the Court's electronic online filing system to all attorneys of record.

*/s/ Kathleen A. Fisher*
Attorney for Defendant Jeffrey K. Wilson