IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-00024-01-CR-W-HFS |
| | ) |
| JEFFREY K. WILSON, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendant Jeffrey K. Wilson's Unopposed Motion to Continue Sentencing. For good cause shown, the Court finds that the motion should be sustained.

**IT IS THEREFORE ORDERED** that the Defendant's Motion is **GRANTED**. The sentencing hearing in this case will be held before United States District Judge Howard F. Sachs on July 11, 2018 at 10:00 a.m.

Dated: June 26, 2018                                 */s/ Howard F. Sachs*
                                                                           United States District Judge
                                                                           Howard F. Sachs