IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 17-00024-01-CR-W-HFS |
| vs. | ) |
| | ) Date: July 11, 2018 |
| JEFFREY K. WILSON, | ) |
| Defendant. | ) |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
================================================================

Nature of Hearing: Sentencing

Time Commenced: 10:05 a.m.     Time Terminated: 11:45 a.m.

Plaintiff by: Stacey Perkins-Rock     Defendant by: Kathleen Fisher, RETAINED
                                                    Nathan Garrett, RETAINED


Proceedings: All parties appear as indicated above. Defendant in person. Court in session. Court addresses parties regarding proceedings. Agent Christopher Tauai sworn and testifies: Direct-10:33 a.m.; Cross-11:07; Excused-11:16 a.m. Counsel give argument in regards to the objections to paragraphs 39 and 40 of the presentence report. Court accepts that matter as fully briefed and takes under advisement. Hearing will be reset by the Court at a later date to address the matters of the plea agreement and punishment.


Witnesses: Christopher Tauai,

Probation Officer: Dickson Noelle
Courtroom Deputy: Christy Anderson
Court Reporter: Katie Wirt