IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-00024-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: August 23, 2018 |
| JEFFREY K. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
================================================================================
Nature of Hearing: Sentencing – Part 2

Time Commenced: 11:04 a.m.          Time Terminated: 12:10 a.m.

Plaintiff by: Stacey Perkins-Rock, AUSA      Defendant by: Kathleen Fisher, RETAINED
                                                           Nathan Garrett, RETAINED


Proceedings: All parties appear as indicated above. Defendant in person. Court in session. Today's hearing is a continuation of the sentencing hearing held on July 11, 2018. Presentence Investigation report reviewed. Objections heard and ruled. Defendant granted allocution. SENTENCE: Defendant is committed to BOP for term of 18 months to Count 5 of the Indictment followed by 3 years Supervised Release. Standard/Special Conditions imposed. Cost/Fines-Waived. MPA-$100.00. Court recommends that the defendant be designated to a facility as close to the Kansas City area as possible. Government orally moves to dismiss Counts 1, 2, 3, 4, 6, 7 and 8. Defendant advised of right to appeal. Defendant shall self-surrender for service at the facility designated by the BOP at or before 2:00 p.m. on September 28, 2018.


Probation Officer: Paul Sedler
Courtroom Deputy: Christy Anderson
Court Reporter: Barbara Barnard