IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEFFREY K. WILSON,

      Defendant.

Case No.   17-00024-01-CR-W-HFS

## E X H I B I T S

| | | |
|---|---|---|
| ˘ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | 2015 Form 1120S Tax Return History Report for Patriot Company, Inc. (redacted) Bates CPA_061223-24 |

_____

      I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____

PRINTED NAME

_____

SIGNATURE

Page 1

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 2 | ✓ | 7/11/18 | 11:06 | Patriot Company, Inc. letter to Department of Veterans Affairs dated March 23, 2011, Reference: VA-251-11-IB-007. Bates PATRIOT_031613 |
| 3 | ✓ | 7/11/18 | 11:06 | VA Illiana Health Care System letter to Patriot Company, Inc., dated May 11, 2011, Subj: Solicitation No. VA-251-11-IB-007. Bates PATRIOT_031615-16 |
| 4 | ✓ | 7/11/18 | 11:06 | VA Illiana Health Care System letter to Patriot Company, Inc., dated December 16, 2011, Subj: Notice of Award-Contract No. VA251-C-1103. Bates PATRIOT_031612 |
| 5 | ✓ | 7/11/18 | 11:06 | Email from Jeff Wilson dated June 17, 2011. Bates REP_078734-35 |
| 6 | ✓ | 7/11/18 | 11:06 | Email from Jeff Wilson dated November 16, 2009, Re: Contract #VA263-RA-0650. Bates REP_078655-56 |
| 7 | ✓ | 7/11/18 | 11:06 | Email from Jeff Wilson dated October 5, 2010, "patriot finances". Bates REP_078651 |
| 8 | ✓ | 7/11/18 | 11:06 | Email from Jeff Wilson dated September 16, 2009, Re: Patriot Company Inc. Bates REP_078806-07 |
| 9 | ✓ | 7/11/18 | 11:06 | Email from Jeff Wilson dated October 16, 2011, "wip". Bates REP_078640 |
| 10 | ✓ | 7/11/18 | 11:06 | Email from vetcontractor@yahoo.com dated September 22, 2010, "Patriot Company Audit Information". Bates REP_078829 |
| 11 | | | | Spreadsheet "Work in Process" dated 2/29/2016. Bates FIN_104204 |
| 12 | ✓ | 7/11/18 | 11:06 | Email from Jeff Wilson dated November 5, 2009, Re: Contract #VA263-RA-0650. Bates REP_078660 |

Page 2

Case 4:17-cr-00024-HFS Document 55 Filed 07/10/18 Page 4 of 5
Case 4:17-cr-00024-HFS Document 63 Filed 08/23/18 Page 2 of 3

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 13 | ✓ | 7/11/18 | 11:04 | Email from David Salavitch dated June 1, 2011, Subject: Bid Package for VA-251-10-IB-0256 Bates REP_104341-46 |
| 14 | | | | CSAMS Financial Notes, Wilson Group, Inc. dated May 7, 2013.   Bates REP_104296-99 |
| 15 | | | | CSAMS Financial Notes, Wilson Group, Inc. dated May 2, 2014.   Bates REP_104301-05 |
| 16 | ✓ | 7/11/18 | 11:06 | Joint Stipulation Regarding Gain |